## Commonwealth *v.* Beecham, Appellant.

Argued September 11, 1967. *David C. Harrison*, with him *Mitchell A. Kramer*, and *Kramer and Harrison*, for appellant; *Vram S. Nedurian, Jr.*, Assistant District Attorney, with him *Ralph B. D'Iorio*, Assistant District Attorney, *John R. Graham*, First Assistant District Attorney, and *Paul R. Sand*, District Attorney, for Commonwealth, appellee.

Order affirmed.

ERVIN, P. J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Belgrave, Appellant.

Submitted September 11, 1967. *Milton Belgrave*, appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.*, Assistant District Attorneys, *John R. Graham*, First Assistant District Attorney, and *Paul R. Sand*, District Attorney, for Commonwealth, appellee.

Order affirmed.